**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                             §
                                                   §
CASSON, PATRICIA JEAN          §        Case No. 12-26437
                                                   §
            Debtor(s)                            §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   
   US Courthouse
   Bankruptcy Clerk
   Assignment Desk, Rm 710
   219 S. Dearborn St.
   Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/21/2013 in Courtroom 240,

   US Courthouse
   100 S. 3rd St.
   Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/16/2013                         By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
CASSON, PATRICIA JEAN § Case No. 12-26437
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: Roy Safanda | $ 55.00 | $ 0.00 | $ 55.00 |
| Attorney for Trustee Fees: Roy Safanda | $ 318.75 | $ 0.00 | $ 318.75 |

Total to be paid for chapter 7 administrative expenses        $    1,623.75
Remaining Balance        $    3,376.25

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 78,012.33  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 8,734.69 | $ 0.00 | $ 378.02 |
| 000002 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 3,558.25 | $ 0.00 | $ 154.00 |
| 000003 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | $ 10,781.70 | $ 0.00 | $ 466.61 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000004 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 6,486.46 | $ 0.00 | $ 280.72 |
| 000005 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 6,529.91 | $ 0.00 | $ 282.61 |
| 000006 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 4,092.67 | $ 0.00 | $ 177.12 |
| 000007 | Capital One Bank (USA), N.A.<br>by American InfoSource LP, agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 5,254.28 | $ 0.00 | $ 227.40 |
| 000008 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | $ 13,047.94 | $ 0.00 | $ 564.69 |
| 000009 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | $ 19,526.43 | $ 0.00 | $ 845.08 |

Total to be paid to timely general unsecured creditors         $         3,376.25

Remaining Balance         $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:   Case No. 12-26437-CAD
Patricia Jean Casson   Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps            Page 1 of 2           Date Rcvd: Feb 19, 2013
                              Form ID: pdf006        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2013.
```
db           +Patricia Jean Casson,    1340 Georgetown Drive,    Batavia, IL 60510-7617
19104321      Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
19104322     +Bank Of America,    Attention: Recovery Department,    4161 Peidmont Pkwy.,
               Greensboro, NC 27410-8110
19563453      Capital One Bank (USA), N.A.,    by American InfoSource LP, agent,    PO Box 71083,
               Charlotte, NC  28272-1083
19104323     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
19104324     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19104325     +Chase Manhattan Mortgage,    Attn; Bankruptcy Dept,    3415 Vision Dr. Mail Code: Oh4-7133,
               Columbus, OH 43219-6009
19104326     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
19516649      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19104329     +Unvl/citi,    Attn.: Centralized  Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
19104330     +West Suburban Bank,    711 S Westmore Ave,    Lombard, IL 60148-3770
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19685549      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 20 2013 04:54:29     Citibank, N.A.,
               c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
19104327     +E-mail/Text: bankruptcy@commercebank.com Feb 20 2013 04:43:36     Commerce Bank,
               1045 Executive Parkway D,    Saint Louis, MO 63141-6303
19490613      E-mail/Text: bankruptcy@commercebank.com Feb 20 2013 04:43:36     Commerce Bank,   P O BOX 419248,
               KCREC-10,    Kansas City, MO 64141-6248
19461037      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2013 04:30:20     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19104328     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2013 04:30:20     Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
19461595     +E-mail/Text: resurgentbknotifications@resurgent.com Feb 20 2013 04:36:56
               PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1            User: wepps               Page 2 of 2              Date Rcvd: Feb 19, 2013
                                Form ID: pdf006           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2013 at the address(es) listed below:

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Roy  Safanda    on behalf of Trustee Roy  Safanda rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
        Roy  Safanda    rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
        Ryan  Keenan    on behalf of Debtor Patricia Jean Casson ryan@keenanlawofficespc.com
                                                                                                                                                                               TOTAL: 4